**1**

Dick HICKMAN v. STATE. (No. 9936.) (Court of Criminal Appeals of Texas. Dec. 9, 1925.) Appeal from Criminal District Court No. 2, Dallas County; Chas. A. Pippen, Judge. P. D. Crawford, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The conviction is for driving an automobile upon the public highway while under the influence of intoxicating liquor; punishment fixed at confinement in the county jail for a period of 30 days. Upon the written request of the appellant, duly verified, the appeal is dismissed.

---

**2**

Paul KING v. STATE. (No. 9995.) (Court of Criminal Appeals of Texas. Jan. 13, 1926.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Truett & Neathery, of McKinney, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Collin county of murder, and his punishment fixed at five years in the penitentiary. We find in the record an affidavit, duly signed and sworn to by appellant, asking permission to withdraw his appeal and to accept his sentence. The request being in regular form, same is granted, and the appeal is accordingly abated.

---

**3**

J. A. McMICHAEL v. STATE (two cases.) (Nos. 9973, 9974.) (Court of Criminal Appeals of Texas. Dec. 23, 1925.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. R. H. Capers, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The conviction is for embezzlement; punishment fixed at confinement in the penitentiary for a period of five years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**4**

W. L. MILES v. STATE. (No. 9873.) (Court of Criminal Appeals of Texas. Dec. 16, 1925.) Appeal from Harris County Court at Law; Ben F. Wilson, Judge. See, also, 99 Tex. Cr. R. 337, 269 S. W. 1056. J. B. Ross, of Houston, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is for an aggravated assault, with the punishment assessed at a fine of $100. No statement of facts nor bills of exception appear in the record. In this condition, nothing is presented to this court for review. The judgment is ordered affirmed.

---

**5**

Monroe ROUTON v. STATE. (No. 9650.) (Court of Criminal Appeals of Texas. Dec. 9, 1925.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Roger Lewis, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. From conviction in criminal district court No. 2 of Dallas county of the offense of theft, with punishment fixed at two years in the penitentiary, this appeal is taken. Appellant was charged with theft of an automobile of the value of $400. No exceptions were taken upon the trial to the indictment, the charge of the court, or to the reception or rejection of any evidence. The testimony shows that on the 22d day of January, 1925, a Ford car was rented to appellant. Something like a week after this occurrence, said car was recovered in Austin, Tex. Officers from Austin testified that they found appellant in possession of the car in that city; that its old numbers had been taken off and new numbers substituted. When arrested, appellant first denied any knowledge of the car. Appellant testified in his own behalf, and stated that he had no knowledge of the transaction in regard to renting the car. We are unable to find anything in the record justifying a disturbance of the verdict of the jury, and the judgment will accordingly be affirmed.

---

**6**

Ike TATOM v. STATE. (No. 9637.) (Court of Criminal Appeals of Texas. Dec. 9, 1925.) Appeal from District Court, Houston County; Ben F. Dent, Judge. Nat Patton, of Crockett, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

BERRY, J. The offense is transporting intoxicating liquor, and the punishment is one year in the penitentiary. The record is before us without any bills of exceptions. We have made a careful examination of the statement of facts, and, if the state's testimony is believed, it is ample to show that the appellant is guilty of transporting intoxicating liquor. The issues were presented to the jury in a charge to which no exception was taken, and the jury has deemed it proper to give full credit to the state's testimony, and we are not authorized under the facts of this case to disturb their